UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15 - 60001 CR-COHN

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)

**MAGISTRATE JUDGE SELTZER**



UNITED STATES OF AMERICA

vs.

ANDREW LUCKIE,

        Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
(Possession of Unauthorized Access Devices)
18 U.S.C. § 1029(a)(3)

On or about May 30, 2014, in Broward County, in the Southern District of Florida, the defendant,

**ANDREW LUCKIE,**

did knowingly, and with the intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, bank account numbers, debit card numbers, and social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS 2-3
## (Aggravated Identity Theft)
## 18 U.S.C. § 1028A(a)(1)

On or about May 30, 2014, in Broward County, in the Southern District of Florida, the defendant,

**ANDREW LUCKIE,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with the intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, bank account numbers, debit card numbers, and social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, as specified in each count below:

| Count | Means of Identification |
|---|---|
| 2 | Name, Date of Birth and Social Security Number of "R.T." |
| 3 | Name, Date of Birth and Social Security Number of "A.T." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations in Count 1 this Indictment are realleged and by this reference fully incorporated herein for purposes of alleging forfeiture to the United States of America of certain property in which the defendant has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in the Indictment, the defendant, **ANDREW LUCKIE**, shall forfeit to the United States of America (i) all property constituting, or derived from, proceeds the defendant obtained,

directly or indirectly, as the result of such violation; and (ii) any personal property used, or intended to be used, to commit such offense.

All pursuant to Title 18, United States Code, Section 982(a)(2)(B), Title 18, United States Code, Section 1029(c)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 18, United States Code, Section 1029(c)(2).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ANITA G. WHITE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| vs. | |
| ANDREW LUCKIE, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

X  Miami ___   Key West ___
   FTL ___   WPB ___   FTP ___

New Defendant(s)           Yes ___ No ___
Number of New Defendants    ___
Total number of counts      ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   No
   List language and/or dialect ___

4. This case will take   _2-3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to  5 days    _x_         Petty         ___
   II   6 to 10 days    ___         Minor         ___
   III  11 to 20 days   ___         Misdem.       ___
   IV   21 to 60 days   ___         Felony        _x_
   V    61 days and over ___

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: ___
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the ___    District of ___

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?       Yes ___   _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?       Yes ___   _x_ No

ANITA G. WHITE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 537861

*Penalty Sheet(s) attached                                             REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ANDREW LUCKIE

**Case No:** _____

Count #: 1

Possession of Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

* **Max.Penalty:**   10 Years' Imprisonment

Counts #: 2-3

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

* **Max.Penalty:**   2 Years' Imprisonment (Consecutive to all other sentences)

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.